USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

**MEMORANDUM ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SEAMUS O'CONNOR**
Phone: (212) 356-2337
Fax: (212) 356-3509
seoconno@law.nyc.gov
*Assistant Corporation Counsel*

September 24, 2026

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Heather Marshall v. City of New York et al.,
26-CV-5424 (GHW)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and attorney for defendant the City of New York in the above-referenced matter. I write to respectfully request that the Court *sua sponte* grant an extension of thirty (30) days for defendant City and Officers Valdovinos and Abouelseoud's to file an Answer from September 28, 2026, to October 28, 2026. This is the second request of its kind. Defendant City also respectfully requests for the initial case management conference to be briefly adjourned. I have conferred with Plaintiffs' counsel and Co-defendant's counsel who consents to both requests.

By way of background, Plaintiff filed his Complaint on June 26, 2026, alleging *inter alia* false arrest, assault and battery, and intentional infliction of emotional distress against defendants. (ECF No. 1.) The claims center on the alleged arrest of Plaintiff that occurred on March 28, 2025. (Id.) Summons were executed on the City on July 7, 2026. (ECF No. 34) Summons was also executed on Officers Valdovinos and Abouelseoud on July 9, 2026. (Id. at 36-37) On July 28, 2026 Defendant City filed an extension to Answer. (ECF No. 47) The Court granted the extension and ordered Defendants to respond by September 28, 2026. (ECF No. 48)

There are several reasons for seeking an enlargement of time in this matter. First, in accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, this Office need additional time to investigate the allegations set forth in the complaint. Although Plaintiff has provided us with an executed 160.50 release, several documents needed to Answer the Complaint have not been obtained. This Office is in the process of obtaining the information needed to answer the Complaint and resolve representation for the Officers. Finally, the outstanding documents are required so the parties can have a productive initial case management

conference. The parties are available on November 5, 6, 10, and 12, 2026 for an initial case management conference.

Finally, as this Office has not finalized the representation of Officers Valdovinos and Abouelseoud, the instant request is not made on their behalf. Nevertheless, in the interest of judicial economy, the City respectfully requests that the Court *sua sponte* afford the individual defendants a corresponding extension of time to respond to the Complaint.

Accordingly, defendant City respectfully requests this thirty day extension to respond to Plaintiff's Complaint to October 28, 2026.

Defendant thanks the Court for its time and consideration of this request.

Respectfully Submitted,

/s/ Seamus O'Connor

Seamus O'Connor
*Assistant Corporation Counsel*

Cc: **VIA ECF**
Mara Fleder
14 Wall Street, Suite 4C
New York, New York 10005
(646) 344-4212
mara@wfllp.com

Gregory John Radomisli
Martin Clearwater & Bell LLP (NYC)
220 East 42nd Street 13th Floor
New York, NY 10017
(212) 916-0923
Radomg@mcblaw.Com

Application granted. The deadline for all defendants to answer or otherwise respond to the complaint is extended to October 28, 2026. The initial pretrial conference scheduled for October 7, 2026 is adjourned to November 5, 2026 at 3:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 49.

SO ORDERED.

Dated: September 25, 2026
New York, New York

GREGORY H. WOODS
**United States District Judge**