USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEATHER MARSHALL, Plaintiff, | 1:26-cv-5424-GHW |
| -v- | **ORDER** |
| CITY OF NEW YORK, *et al.*, Defendants. | |

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for November 5, 2026 at 3:00 p.m. is rescheduled to November 5, 2026 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order and a copy of the Court's September 25, 2026 order, Dkt. No. 50, on Defendants Diego Valdovinos, Hesham Abouelseoud, Bellevue Hospital Center, Carlos Garcia Galindo, Chelsea Hayman, and Danielle Madsen, and to retain proof of service.

SO ORDERED.

Dated: October 7, 2026
New York, New York

GREGORY H. WOODS
United States District Judge