USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER MARSHALL.,

Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

1:26-cv-5424-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated during the November 5, 2026 initial pretrial conference, the deadline for Defendant Carlos Garcia Galindo to answer or otherwise respond to the complaint is extended to November 9, 2026.

Plaintiff is ordered to serve a copy of this order on all Defendants that have not appeared in this action and to retain proof of service.

SO ORDERED.

Dated: November 6, 2026
New York, New York

GREGORY H. WOODS
United States District Judge